

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

February 12, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  2/13/2026

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    **U.S. v. Gonzales-Valdez et al., S4 25 Cr. 76 (MKV)**

Dear Judge Vyskocil:

On January 28, 2026, a grand jury returned a 38-count Sealed Superseding (S4) Indictment (the "S4 Indictment"), which charged six additional defendants and 28 additional counts. Following arrest operations earlier today, five of the newly added defendants are in federal custody.   Accordingly, the Government respectfully requests that the Court order that the S4 Indictment be unsealed.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:  ____/s/_____
     Jun Xiang / Kathryn Wheelock /
     Timothy Ly / Andrew K. Chan
     Assistant United States Attorneys
     (212) 637-2289 / -2415 / -1062 / -1072

**CC (By ECF)**
All Counsel of Record

> **Granted. SO ORDERED.**
>
> Date:  Feb. 13, 2026          *Mary Kay Vyskocil*
> New York, New York              Mary Kay Vyskocil
>                                 United States District Judge