UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANDERSON ZAMBRANO-PACHECO, REINALDO
RAFAEL GONZALES-VALDEZ, JOSE MANUEL
GUERRERO-ZARATE, JOSE DAVID VALENCIA-DE
LA ROSA, JOHAN CARLOS MUJICA-URPIN, LUIS
JOSE VELASQUEZ-HURTADO, STEFANO PACHON-
ROMERO, GUILLERMO ENRIQUE FREITES-
VELAZQUEZ, JESUS DAVID BARRIOS GARCIA,
GIOVANNY VALENTIN BLANCO LUCIANO,
ANDERSON JESUS DURAN BERROTERAN,
ROIMAN NOE BELLO FERRER, LUIS MIGUEL
RODRIGUEZ-TAPIA, MARIO ANDRES PEREDA,
YEFERSON ALEJANDRO PRIETO GALVIZ,
JHONKENNEDY BRAVO-CASTRO, YENDER
MAYKIER MATA, WILFREDO JOSE AVENDANO
CARRIZALEZ, CARLOS GABRIEL SANTOS
MOGOLLON, KELLEN ALEJANDRO JASPE
BUSTAMANTE, LUIS ANDRES BELLO-CHACON,
ENRIQUE GUSTAVO BOADA YANEZ, JESUS
RUBEN LOPEZ GONZALEZ, DANGER LEONER
SANCHEZ ALFONZO, KEISWUEL ORLANDO
PALACIOS MILANO, ERVIN HERNANDEZ, JOSE
LUIS HERNANDEZ PEREZ, and ANDREINA DEL
CARMEN HERNANDEZ,

                                                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/26

25-cr-76 (MKV)

TRIAL SCHEDULING ORDER
FOR TRIAL GROUPS
ONE THROUGH FOUR

MARY KAY VYSKOCIL, United States District Judge:

Pursuant to the Court's Scheduling Order dated April 20, 2026 [ECF No. 273], the parties

have conferred and have "joint[ly] proposed schedules as to Trial Groups One through Four" [ECF

No. 278].[1] Accordingly,  IT IS HEREBY ORDERED that the trials and pretrial deadlines for Trial

---

[1] The joint proposed schedule [ECF No. 278] was submitted before Defendants Jesus Ruben Lopez Gonzalez and Andreina Del Carmen Hernandez arrived, were presented, and received counsel in this District.

Groups One through Four will proceed on the schedules set forth below, which largely reflect the parties' joint proposal.

- For Trial Group One, consisting of Luis Jose Velasquez-Hurtado, Jhonkennedy Bravo-Castro, Guillermo Enrique Freites-Velazquez, Roiman Bello Ferrer, and Kellen Jaspe Bustamante, the schedule is:
  - o Expert Notice, Certified Translations, 404(b) Notice, Enterprise Letter, and Cellphone 3500 (designated AEO until 14 days before trial): **September 1, 2026**
  - o Witness List, Non-Cellphone 3500 (designated AEO until 14 days before trial): **September 14, 2026**
  - o Motions *in Limine*: **September 21, 2026**, Oppositions due October 5, 2026, Replies due October 12, 2026
  - o Proposed Voir Dire, Verdict Sheet, and Jury Instructions: **October 12, 2026**
  - o Final Pretrial Conference: **October 22, 2026 at 11:00 a.m.**
  - o Trial: **November 3, 2026 through December 7, 2026**
- For Trial Group Two, consisting of Reinaldo Rafael Gonzales-Valdez, Jose Manuel Guerrero-Zarate, Jose David Valencia-De La Rosa, Johan Carlos Mujica-Urpin, Luis Miguel Rodriguez-Tapia, and Luis Andres Bello-Chacon, the schedule is:
  - o Expert Notice, Certified Translations, 404(b) Notice, Enterprise Letter, and Cellphone 3500 (designated AEO until 14 days before trial): **December 1, 2026**
  - o Witness List, Non-Cellphone 3500 (designated AEO until 14 days before trial): **December 9, 2026**

- o Motions *in Limine*: **December 14, 2026**, Oppositions due January 4, 2027, Replies due January 11, 2027

- o Proposed Voir Dire, Verdict Sheet, and Jury Instructions: **January 11, 2027**

- o Final Pretrial Conference: **January 22, 2027 at 11:00 a.m.**

- o Trial: **February 17, 2027 through March 10, 2027**

- For Trial Group Three, consisting of Mario Andres Pereda, Keiswuel Orlando Palacios Milano, Anderson Zambrano Pacheco, and Yeferson Alejandro Prieto Galviz, the schedule is:

  - o Expert Notice, Certified Translations, 404(b) Notice, Enterprise Letter, and Cellphone 3500 (designated AEO until 14 days before trial): **March 15, 2027**

  - o Witness List, Non-Cellphone 3500 (designated AEO until 14 days before trial): **March 29, 2027**

  - o Motions *in Limine*: **April 5, 2027**, Oppositions due April 17, 2027, Replies due April 23, 2027

  - o Proposed Voir Dire, Verdict Sheet, and Jury Instructions: **April 26, 2027**

  - o Final Pretrial Conference: **May 6, 2027 at 11:00 a.m.**

  - o Trial: **May 18, 2027 through June 3, 2027**

- For Trial Group 4, consisting of Jesus David Barrios Garcia, Enrique Gustavo Boada Yanez, Jesus Ruben Lopez Gonzalez, Danger Leoner Sanchez Alfonzo, Jesus Ruben Lopez Gonzalez, and Andreina Del Carmen Hernandez,[2] the schedule

---

[2] All of the defendants other than Ruben Lopez Gonzalez and Andreina Del Carmen Hernandez previously advised the Court that they do not object to the trial groupings established in the Court's April 20, 2026 Order [ECF No. 273] and outlined above.  The Court is now adding Ruben Lopez Gonzalez and Andreina Del Carmen Hernandez to Trial

3

is:

- o   Expert Notice, Certified Translations, 404(b) Notice, Enterprise Letter, and Cellphone 3500 (designated AEO until 14 days before trial): **August 20, 2027**

- o   Witness List, Non-Cellphone 3500 (designated AEO until 14 days before trial): **September 3, 2027**

- o   Motions *in Limine*: **September 10, 2027**, Oppositions due September 24, 2027, Replies due October 1, 2027

- o   Proposed Voir Dire, Verdict Sheet, and Jury Instructions: **October 1, 2027**

- o   Final Pretrial Conference: **October 7, 2027 at 11:00 a.m.**

- o   Trial: **October 19, 2027 through November 12, 2027**

IT IS FURTHER ORDERED that any objections to this Scheduling Order must be filed by **June 1, 2026**.

IT IS FURTHER ORDERED that by **June 1, 2026** the parties in Trial Groups One through Four shall advise the Court of their positions on the exclusion of time until the trials.

The Clerk of Court respectfully is requested to terminate the motion at docket entry 278.

**SO ORDERED.**

**Date:   May 21, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

---

Group Four, anticipating that they might prefer to have the additional time.  However, these recently-added defendants, and all other defendants, are free to request an earlier trial date by June 1, 2026.

4