

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 1, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:   6/2/26

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **U.S. v. Gonzales-Valdez et al., 25 Cr. 76 (MKV)**

Dear Judge Vyskocil:

The Government respectfully submits this letter motion regarding the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, for the defendants in Trial Groups One through Four.

On May 21, 2026, the Court issued a trial scheduling Order, pursuant to which Group One will be tried beginning November 3, 2026, Group Two will be tried beginning February 17, 2027, Group Three will be tried beginning May 18, 2027, and Group Four will be tried beginning October 19, 2027. The Government respectfully requests that time under the Speedy Trial Act be excluded as to each defendant in these Trial Groups through the date of that defendant's trial. Each defendant in Groups One through Four consents, except Andreina Del Carmen Hernandez, whose counsel advised the Government today that, due to her recent appearance in the case, she consents to exclusion of time for thirty days only.

The Government notes that, in multi-defendant cases, a single Speedy Trial clock applies to every group of defendants that is to be tried together, and the exclusion of time as to any defendant applies to all defendants in the same trial group. United States v. Pena, 793 F.2d 486, 489 (2d Cir. 1986) ("(1) [U]nder Section 3161(h)(7), cases involving multiple defendants are governed by a single speedy trial clock, which begins to run with the clock of the most recently added defendant, and (2) delay attributable to any one defendant is charged against the single clock, thus making the delay applicable to all defendants."); see also United States v. Akintola, No. 21 CR. 472-3 (KPF), 2024 WL 1555304, at *9 (S.D.N.Y. Apr. 10, 2024) (following Pena); United States v. Santacruz, No. 21 CR. 754 (JFK), 2022 WL 3701549, at *9 (S.D.N.Y. Aug. 26, 2022) (same); United States v. Wedd, No. 15 CR. 616 (KBF), 2016 WL 11660532, at *3 (S.D.N.Y. Aug. 31, 2016) (same). In any event, Del Carmen Hernandez's relatively recent entry in the case counsels in favor of exclusion, not against it: the amount of discovery in this case is very significant

and it is not practicable that even highly accomplished counsel could review the discovery, contemplate motions, or engage with the Government regarding dispositions in thirty days.

For the reasons above, the Government respectfully requests that the Court exclude time for every defendant in Trial Groups One through Four through that defendant's trial date.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:    /s/  Jun Xiang
Jun Xiang / Kathryn Wheelock /
Andrew K. Chan / Jared Hoffman
Assistant United States Attorneys
(212) 637-2289 / -2415 / -1072 / -1060

**CC (BY ECF)** All Counsel of Record

IT IS HEREBY ORDERED that, on the consent of each defendant and in the interests of justice, all time is excluded under the Speedy Trial Act for the defendants in Trial Groups One, Two, and Three until their respective trials begin. IT IS FURTHER ORDERED that for the defendants in Trial Group Four all time is excluded until July 1, 2026.  The government and the defendants in Trial Group Four shall file a joint status letter with respect to the speedy trial clock on June 25, 2026.

Date:  June 2, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge