

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 25, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/26/26___

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:    **U.S. v. Gonzales-Valdez et al., S4 25 Cr. 76 (MKV)**

Dear Judge Vyskocil:

The Government respectfully submits this letter motion regarding the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), for the defendants in Trial Groups Four.

On May 21, 2026, the Court issued a trial scheduling Order, pursuant to which Group Four will be tried beginning October 19, 2027.[1]  On June 2, 2026, the Court issued an Order for the parties in Group Four to submit a joint letter by today regarding the exclusion of time under the Speedy Trial Act.  Also on June 2, 2026, the Court ordered that time be excluded under the Speedy Trial Act for the defendants in Groups One through Three until the start of their respective trials. The Government respectfully requests that time under the Speedy Trial Act be excluded as to each defendant in Group Four through October 19, 2027, as such an exclusion is appropriate given the volume of discovery and number of defendants in this case.  Each defendant in Group Four consents.

---

[1] The parties' April 27, 2026 joint letter to the Court proposing schedules for Trial Groups One through Four included Jose Luis Hernandez Perez as part of Trial Group Four.  However, Mr. Hernandez Perez appears to have been inadvertently omitted from the Court's May 21, 2026 scheduling order.  Accordingly, counsel for Mr. Hernandez Perez and the Government jointly request that he be included as part of Trial Group Four.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:    /s/  *Kathryn Wheelock*
Jun Xiang / Kathryn Wheelock /
Andrew K. Chan / Jared Hoffman
Assistant United States Attorneys
(212) 637-2289 / -2415 / -1072 / -1060

**CC (BY ECF)** All Counsel of Record

**Granted. SO ORDERED.** All time under the Speedy Trial Act is excluded through October 19, 2027 for Trial Group Four (Defendants Jesus David Barrios Garcia, Enrique Gustavo Boada Yanez, Jesus Ruben Lopez Gonzalez, Danger Leoner Sanchez Alfonzo, Jesus Ruben Lopez Gonzalez, Jose Luis Hernandez Perez, and Andreina Del Carmen Hernandez).

Date:   June 26, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge